UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JULIA SAWATZKY,<br><br>          Plaintiff,<br><br>     v.<br><br>MI PUEBLO, LLC, et al.,<br><br>          Defendants. | Case No. 15-CV-05752-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Initial Case Management Conference set for March 9, 2016 at 2 p.m.  *See* Fed. R. Civ. P. 26(f); Civ. L.R. 16-9(a).  The parties are hereby ORDERED to file one Joint Case Management Statement by Friday, March 4, 2016, at 5 p.m.

**IT IS SO ORDERED**.

Dated: March 3, 2016

_____
LUCY H. KOH
United States District Judge

1

Case No.: 15-CV-05752-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT