UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIA SAWATZKY, | Case No. 15-CV-05752-LHK |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| MI PUEBLO, LLC, et al., | |
| Defendants. | |

Plaintiff's Attorney: Irene Karbelashvili
Defendants: Manjeet and Pritam Grewal (pro se)

     An initial case management conference was held on March 9, 2016. A further case management conference is set for July 27, 2016, at 2:00 p.m. The parties shall file their joint case management statement by July 20, 2016.

     The parties shall follow the deadlines established by General Order 56.

     The Court referred Manjeet and Pritam Grewal to the Federal Pro Se Program. Appointments with the Federal Pro Se Program may be requested by calling (408) 297-1480, or by stopping by Room 2070 in the San Jose Courthouse. The Court provided the Federal Pro Se Program brochure and General Order 56 to Manjeet and Pritam Grewal. Pro se individuals may also access the Pro Se Handbook, which is produced by the district court. The Pro Se Handbook provides instructions on how to proceed at every stage of a case, including discovery, motions and trial. It is available electronically online (http://cand.uscourts.gov/prosehandbook) or in hard copy free of charge from the Clerk's Office. Moreover, Federal Pro Se Program Attorney Kevin

Knestrick was available to meet with the Grewals at 3:00 p.m. today. The Court encouraged the Grewals to meet with Mr. Knestrick at 3:00 p.m., and the Grewals agreed.

**IT IS SO ORDERED.**

Dated: March 9, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-05752-LHK
CASE MANAGEMENT ORDER