UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIA SAWATZKY,<br><br>   Plaintiff,<br><br>   v.<br><br>MI PUEBLO, LLC, et al.,<br><br>   Defendants. | Case No. 15-CV-05752-LHK<br><br>**ORDER DENYING REQUEST TO VACATE CASE SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 29 |

On July 10, 2016, Plaintiff Julia Sawatzky ("Plaintiff") filed a notice informing the Court that the parties have settled. ECF No. 29. Plaintiff asked the Court to vacate all matters currently scheduled and to permit the parties to file a stipulation of dismissal by August 30, 2016. Plaintiff's request to vacate the case schedule is DENIED. The Court will not vacate the case schedule until a stipulation of dismissal is filed. However, in light of the parties' settlement, the Court CONTINUES the case management conference currently scheduled for July 27, 2016 to September 7, 2016, at 2:00 p.m. The parties shall file a joint case management statement by August 31, 2016. If the parties file a stipulation of dismissal with prejudice by August 30, 2016,

1  the Court will vacate the case management conference.

2  **IT IS SO ORDERED.**

3  Dated: July 15, 2016

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge